**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00311-CMA-MJW

LAWRENCE WHITE,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC., a Missouri corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court having reviewed the Notice of Dismissal With Prejudice (Doc. # 5) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  March  18 , 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge